**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALEANA AND IRIS GALEANA,<br><br>        Plaintiff,<br><br>  v.<br><br>SILVER TREE CAPITAL CORP., A CALIFORNIA CORPORATION, 1-10-Does,<br><br>        Defendants. | Case No. EDCV 09-0084-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 23, 2009

                                             /s/ Virginia A. Phillips<br>
                                            VIRGINIA A. PHILLIPS<br>
                                            United States District Judge